**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER ANDERSEN,<br>*Plaintiff,*<br>v.<br>PROGRESSIVE ADVANCED INSURANCE COMPANY,<br>*Defendant.* | CIVIL ACTION<br>NO. 26-3816 |

## ORDER

**AND NOW**, this 18th day of September, 2026, upon consideration of Defendant Progressive Advanced Insurance Company's Motion for Summary Judgment (Dkt. No. 23) and Concise Statement of Material Facts (Dkt. No. 24) and Memorandum in Support (Dkt. No. 25), Christopher Andersen's Response (Dkt. No. 26) and Progressive's Reply (Dkt. No. 27), it is **ORDERED** that the Motion is **GRANTED.** Judgment is entered for Progressive and the Clerk of Court shall mark the case **CLOSED.**

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.